AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED

OCT 0 2 2019

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. C-19-3826M |
| Louie VILLARREAL | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 30, 2019__ in the county of __Brooks__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, USC 841 (a) (1) | Knowingly, intentionally, and unlawfully conspire to possess with intent to distribute a controlled substance in Schedule II of the Controlled Substance Act of 1970, to wit 6 kilograms (AGW) of cocaine. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

_____
Complainant's signature

Antonio De La Cruz, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: October 2, 2019

_____
Judge's signature

City and state: Corpus Christi, Texas

_____, U.S. Magistrate Judge
Printed name and title

**Jason B. Libby
United States Magistrate Judge**

Attachment A

On September 30, 2019, United States Border Patrol Agent (BPA) Alain Munoz was assigned immigration inspection duties at the Falfurrias Border Patrol Checkpoint located 13 miles south of Falfurrias, TX. Working alongside BPA Munoz was BPA Nathan Smith and his Service Canine. At approximately 6:30 p.m. a Black Chevrolet Camaro the primary lane for an immigration inspection. As the vehicle approached BPA Munoz' location, BPA Munoz noticed one male occupant, later identified as Louie VILLARREAL. BPA Munoz asked VILLARREAL where he was coming from and he responded, he was coming from Weslaco, Texas. BPA Munoz questioned him as to where he was going and he stated that he was traveling to San Antonio, Texas. BPA Munoz then asked the reason for VILLARREAL's travel to San Antonio and he said he was going to visit his son who was living with his mother. VILLARREAL stated that he was divorced and has to travel to San Antonio to see his son who was 16 years of age. BPA Munoz then asked if VILLARREAL was a United States citizen to which he replied "yes". While BPA Munoz was conducting his immigration inspection, BPA Smith and his service canine conducted a non-intrusive free air sniff of the vehicle's exterior. BPA Smith advised BPA Munoz that his service canine had alerted to the vehicle and asked BPA Munoz to send the vehicle to the secondary inspection area. Due to the canine alert, BPA Munoz told VILLARREAL to park in the secondary inspection area for further investigation.

Once in the secondary inspection area, BPA Smith and his service canine conducted a systematic search of the vehicle. During the search of the vehicle, the front bumper was removed which revealed two compartments in the frame of the vehicle. An inspection of the frame revealed a bundle wrapped in black electric tape. At that time VILLARREAL was escorted into the checkpoint until a further investigation could be conducted.
BPA Smith searched the frame and removed 13 bundles concealed within the vehicle. One of the bundles was cut into revealing a white powdery substance. The white powdery substance was field tested, and tested positive for cocaine. The 13 bundles were weighed and had a total weight of 6 kilograms. VILLARREAL was advised inside the checkpoint that he was under arrest for possession of cocaine. The amount of cocaine seized in this case implies the intent to distribute.

Assistant United States Attorney Jeremey Fugate approved Federal prosecution of VILLARREAL.